# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PEDRO LOPEZ GARCIA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:18-CV-08 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the Court is Respondent's Motion for Summary Judgment With Brief in Support, Dkt. No. 11; the July 24, 2018 Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred, Dkt. No. 15; Affidavit Lack of Communication, Dkt. No. 16; and Letters from Pedro Lopez Garcia ("Garcia" or "Petitioner"), Dkt. Nos. 20 and 21.

After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the M&R, Dkt. No. 15; **GRANTS** Respondent's Motion for Summary Judgment, Dkt. No. 11; **DISMISSES** Petitioner's application for habeas corpus relief as second or successive **WITHOUT PREJUDICE** to re-filing if proper authorization from the Fifth Circuit is obtained;[1] and **DENIES** Petitioner a certificate of appealability.

Final judgment will be entered separately.

SIGNED this 25th day of March 2019.

Hilda Tagle
Senior United States District Judge

---

[1] The Court also holds that Petitioner's habeas corpus petition is time-barred.